IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Erik O. Autor, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Rebecca Blank, et al., <br><br> Defendants. | Civil Action No. 1:11-cv-01593-ABJ <br><br> Hon. Amy Berman Jackson |

## AFFIDAVIT OF MAILING

I, Emilie S. Madden, hereby state that:

On the 8th day of September, 2011, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, addressed to the following defendants:

Rebecca Blank
Acting Secretary of Commerce
1401 Constitution Avenue, N.W.
Washington, D.C. 20230

United States Department of Commerce
1401 Constitution Avenue, N.W.
Washington, D.C. 20230

Ron Kirk
U.S. Trade Representative
600 17th Street, N.W.
Washington, D.C. 20508

Office of the United States Trade Representative
600 17th Street, N.W.
Washington, D.C. 20508

I have received the receipt for the certified mail, Nos. 7160-3901-9848-4207-0944, 7160-3901-9848-4207-0951, 7160-3901-9848-4207-0968, 7160-3901-9848-4207-0975, respectively (attached hereto) indicating that delivery of the summons and complaint was made upon Rebecca Blank and the United States Department of Commerce on the 12th day of September, 2011, and upon Ron Kirk and the Office of the United States Trade Representative on the 14th day of September, 2011.

Dated: October 21, 2011

By: *Emilie Madden*
Emilie S. Madden

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 21, 2011.

        s/Charles A. Rothfeld
        Charles A. Rothfeld

        Attorney for Plaintiffs, Erik O. Autor,
           Nathanael E. Herman, Cass M. Johnson,
           Stephen E. Lamar, William Reinsch, and
           Andrew Zamoyski