**2. Article Number**

7160 3901 9848 4207 0968

**3. Service Type** CERTIFIED MAIL

**4. Restricted Delivery?** (Extra Fee) ☐ Yes

**1. Article Addressed to:**

RON KIRK
U.S. TRADE REPRESENTATIVE
600 17TH STREET, N.W.
WASHINGTON, D.C. 20508

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): Ken Washington
B. Date of Delivery: 9-14-11
C. Signature: X [signature]
☐ Agent
☐ Addressee
D. Is delivery address different from item 1?
If YES, enter delivery address below: ☐ Yes ☐ No

PS Form 3811, January 2005   Domestic Return Receipt

---

**UNITED STATES POSTAL SERVICE**

PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW

Charles Rothfeld

First Class Mail
US Postage Paid
Permit No. G-10

Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101

MAYER • BROWN

**2. Article Number**

7160 3901 9848 4207 0975

**3. Service Type** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes

**1. Article Addressed to:**

OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE
600 17TH STREET, N.W.
WASHINGTON, D.C. 20508

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Ken Washington
B. Date of Delivery: 9-14-11
C. Signature: X [signature]
☐ Agent
☐ Addressee
Is delivery address different from item? ☐ Yes ☐ No
If YES, enter delivery address below

PS Form 3811, January 2005    Domestic Return Receipt

---

**UNITED STATES POSTAL SERVICE**

PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW

First Class Mail
US Postage Paid
Permit No. G-10

Charles Rothfeld

Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101

# MAYER•BROWN

| | |
|---|---|
| 2. Article Number<br><br>7160 3901 9848 4207 0944<br><br>3. Service Type  CERTIFIED MAIL<br>4. Restricted Delivery? (Extra Fee) ☐ Yes<br>1. Article Addressed to:<br><br>REBECCA BLANK<br>ACTING SECRETARY OF COMMERCE<br>1401 CONSTITUTION AVENUE, N.W.<br>WASHINGTON, DC  20230 | COMPLETE THIS SECTION ON DELIVERY<br>A. Received by (Please Print Clearly)  B. Date of Delivery<br>   Agent                              9-12-11<br>C. Signature<br>X  Agent                             ☐ Agent<br>                                      ☐ Addressee<br>D. Is delivery address different from Item 1?  ☐ Yes<br>   If YES, enter delivery address below:    ☐ No |

PS Form 3811, January 2005         Domestic Return Receipt

---

**UNITED STATES POSTAL SERVICE**

PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW

First Class Mail
US Postage Paid
Permit No. G - 10

*Charles Rothfeld*

Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101

MAYER • BROWN

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9848 4207 0951 | A. Received by (Please Print Clearly): Agent | B. Date of Delivery: 9-12-11 |
| | C. Signature: X | ☐ Agent ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? (Extra Fee)   ☐ Yes | | |
| 1. Article Addressed to:<br>UNITED STATES DEPARTMENT OF COMMERCE<br>1401 CONSTITUTION AVENUE, N.W.<br>WASHINGTON, DC  20230 | | |

PS Form 3811, January 2005       Domestic Return Receipt

---

**UNITED STATES POSTAL SERVICE**

PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW

First Class Mail
US Postage Paid
Permit No. G-10

Charles Rothfeld

Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101

**MAYER · BROWN**