IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Erik O. Autor, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> John Bryson, *et al.*, <br><br> Defendants. | Civil Action No. 1:11-cv-01593-ABJ <br><br><br> Hon. Amy Berman Jackson |

### NOTICE OF APPEAL

Notice is hereby given that all plaintiffs in the above named case, Erik O. Autor, Nathanael E. Herman, Cass M. Johnson, Stephen E. Lamar, William Reinsch, and Andrew Zamoyski, hereby appeal to the U.S. Court of Appeals for the District of Columbia Circuit from the Order granting Defendants' motion to dismiss, entered in this action on Sept. 26, 2012 (Dkt. No. 16) and the Memorandum Opinion in support thereof (Dkt. No. 17), dismissing Plaintiffs' case.

Dated: November 26, 2012

By: s/Charles A. Rothfeld
 Charles A. Rothfeld (D.C. Bar #367705)
 crothfeld@mayerbrown.com
 Joseph P. Minta (D.C. Bar #1004966)
 Mayer Brown LLP
 1999 K Street, N.W.
 Washington, DC  20006-1101
 Telephone: (202) 263-3000
 Facsimile: (202) 263-3300

Attorneys for Plaintiffs, Erik O. Autor,
 Nathanael E. Herman, Cass M. Johnson,
 Stephen E. Lamar, William Reinsch, and
 Andrew Zamoyski

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 26, 2012.

s/Charles A. Rothfeld
Charles A. Rothfeld

Attorney for Plaintiffs, Erik O. Autor,
Nathanael E. Herman, Cass M. Johnson,
Stephen E. Lamar, William Reinsch, and
Andrew Zamoyski
