# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                       )
ERIK O. AUTOR, *et al.*,                )
                                       )
       Plaintiffs,              )
                                       )
v.                                     )   Civil Action No. 1:11-cv-01593 (ABJ)
                                       )
PENNY SUE PRITZKER, *et al.*,           )
                                       )
       Defendants.              )
_____)

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In light of the modifications made to the challenged policy following initiation of this litigation, Plaintiffs intend to file an application for attorney's fees.

Dated:  September 3, 2014

Respectfully Submitted,

| | |
|---|---|
| | STUART F. DELERY |
| | Assistant Attorney General |
| /s/ Charles A. Rothfeld | |
| Charles A. Rothfeld (D.C. Bar #367705) | |
| Joseph P. Minta (D.C. Bar #1004966) | RONALD C. MACHEN, JR. |
| MAYER BROWN LLP | United States Attorney |
| 1999 K Street, N.W. | |
| Washington, DC 20006-1101 | JOHN R. GRIFFITHS |
| Telephone: (202) 263-3000 | Assistant Branch Director |
| Facsimile: (202) 263-3300 | |
| crothfeld@mayerbrown.com | /s/ Jean Lin |
| | JEAN LIN |
| *Counsel for Plaintiffs* | Senior Trial Counsel |
| | U.S. Department of Justice |
| | Civil Division |
| | Federal Programs Branch |
| | 20 Massachusetts Avenue, NW |
| | Washington, DC 20530 |

Phone: (202) 514-3716
Fax: (202) 616-8470
email: jean.lin@usdoj.gov

*Counsel for Defendants*