IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Erik O. Autor, *et al.*, | |
| Plaintiffs, | Civil Action No. 1:11-cv-01593-ABJ |
| v. | |
| Penny Sue Pritzker, *et al.*, | Hon. Amy Berman Jackson |
| Defendants. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs, through undersigned counsel, hereby respectfully move this Court to extend the time for Plaintiffs to file a motion for attorneys' fees and costs in this action. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed this action challenging the government's policy (the "Lobbyist Ban") of excluding federally registered lobbyists from Industry Trade Advisory Committees ("ITACs").

2. On January 17, 2014, the D.C. Circuit issued its opinion holding that Plaintiffs stated claims that the Lobbyist Ban was unconstitutional under the First Amendment and Equal Protection principles. *See Autor v. Pritzker*, 740 F.3d 176 (D.C. Cir. 2014). The D.C. Circuit concluded that Plaintiffs' claims should be analyzed under the *Pickering* balancing test and described the government's proffered justification for the Lobbyist Ban as "barely intelligible." *Id.* at 184. The Court of Appeals therefore remanded the case for this Court to examine more closely the government's justification for the Lobbyist Ban. *Id.* (suggesting potential inquiries for this Court).

3. In reaction to the D.C. Circuit's decision, the Office of Management and Budget modified and in relevant part repealed the Lobbyist Ban. *See* Office of Management and Budget,

"Revised Guidance on Appointment of Lobbyists to Federal Advisory Committees, Boards, and Commissions," 79 Fed. Reg. 47482 (Aug. 13, 2014). Under the revised guidance, "[t]he lobbyist ban does not apply to lobbyists who are appointed in a 'representative capacity,' meaning that they are appointed for the express purpose of providing a committee with the views of a nongovernmental entity, a recognizable group of persons or nongovernmental entities … or state or local government." *Id.*

4. On August 29, 2014, the Defendants applied the revised OMB guidance and issued a new request for nominations for ITAC members that no longer prohibited registered lobbyists from applying. *See* Department of Commerce, "Request for Nominations for the Industry Trade Advisory Committees (ITACs); Amendment" 75 Fed. Reg. 24584 (Aug. 29, 2014).

5. On September 3, 2014, Plaintiffs agreed to voluntarily dismiss their Complaint, in light of the revocation of the Lobbyist Ban as applied to ITACs.

6. Because the Government repealed the Lobbyist Ban as a result of Plaintiffs' suit and the D.C. Circuit's decision, Plaintiffs intend to file a motion for attorneys' fees and costs under Fed. R. Civ. P. 54 and/or 28 U.S.C. § 2412. At this point, the Court has not ordered a conference regarding attorneys' fees. *See* Local Rule 54.2(a).

7. Plaintiffs request an extension of time to file their motion until October 17, 2014. Consistent with Local Rule 7(m), undersigned counsel has conferred with counsel for the government and is authorized to state that the government has no objection to the extension of time.

Dated: September 17, 2014

By: <u>s/Charles A. Rothfeld</u>
    Charles A. Rothfeld (D.C. Bar #367705)
    crothfeld@mayerbrown.com
    Joseph P. Minta (D.C. Bar #1004966)
    Mayer Brown LLP
    1999 K Street, N.W.
    Washington, DC  20006-1101
    Telephone: (202) 263-3000
    Facsimile:(202) 263-3300

Attorneys for Plaintiffs, Erik O. Autor,
   Nathanael E. Herman, Cass M. Johnson,
   Stephen E. Lamar, William Reinsch, and
   Andrew Zamoyski

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 17, 2014.

                                           s/Charles A. Rothfeld
                                           Charles A. Rothfeld

                                           Attorney for Plaintiffs, Erik O. Autor, Nathanael E. Herman, Cass M. Johnson, Stephen E. Lamar, William Reinsch, and Andrew Zamoyski