**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ERIK O. AUTOR *et al.*<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>REBECCA M. BLANK *et al.*<br><br>　　　　　　Defendants. | Case No. 1:11-cv-01593 (ABJ/GMH) |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' Motion for Attorney Fees [Dkt. 31] is **DENIED**.

**SO ORDERED.**

Date:　September 14, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　G. MICHAEL HARVEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE